UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDMUND OKOLIE,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERIPRISE INSURANCE CO., et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. C17-1294-JCC<br><br>ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS |

　　　　Plaintiff submitted an application to proceed *in forma pauperis* (IFP). (Dkt. 1.) Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, he financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 1) is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

　　　　DATED this 30th day of August, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER
PAGE - 1