THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDMUND OKOLIE,<br><br>Plaintiff,<br><br>v.<br><br>AMERIPRISE INSURANCE CO., *et al.*,<br><br>Defendants. | CASE NO. C17-1294-JCC<br><br>ORDER DISMISSING CASE<br>WITH PREJUDICE |

This matter comes before the Court on Plaintiff Edmund Okolie's Complaint (Dkt. Nos. 1 and 4). Mr. Okolie is proceeding *pro se* and *in forma pauperis* ("IFP") (Dkt. No. 3). Under 28 U.S.C. § 1915(e), district courts have authority to review IFP complaints and must dismiss them if "at any time" it is determined that a complaint is frivolous or fails to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2); *see also id.* § 1915A(b)(1); *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000) (clarifying that Section 1915(e) applies to all IFP proceedings, not just those filed by prisoners). The Court has reviewed the complaint in this case and determined that it fails to state a claim for which relief can be granted. Accordingly, the Court DISMISSES Mr. Okolie's complaint with prejudice.

I.     **BACKGROUND**

Mr. Okolie sues defendants Ameriprise Insurance Co., IDS Property Casualty Insurance Co., Loni Jean Hodrigo, and Mr. T. J. Doe, whom he describes as "fascist agents" for damages

resulting from defendants' false allegations that Mr. Okolie was the responsible party in an automobile accident with an Ameriprise insured. (Dkt. No. 4 at 4.) In his lengthy and difficult to follow complaint, Mr. Okolie alleges that defendants engaged in a "scam" and "stalk[ed]" him in pursuing legal actions against him, resulting in the loss of his commercial driver's license and resulting damages. (*Id.* at 1-2, 8.) He claims that these actions violated his rights to due process, equal protection, and liberty. (*Id*. at 3.)

## II. DISCUSSION

Mr. Okolie's complaint does not contain a claim for which relief can be granted. He fails to show how the defendants, as non-state actors, are subject to constitutional limitations.

## III. CONCLUSION

For the foregoing reasons, the Court DISMISSES Mr. Okolie's case with prejudice and without leave to amend. The Court DIRECTS the Clerk to close this case and to mail a copy of this order to Mr. Okolie.

DATED this 19th day of September 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE